7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

JOHN EDWARDS,
_____
Plaintiff

v.

EVA COLGON, et al.,
_____
Defendant(s)

FILED
FEB 1 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CASE NUMBER 08 C 50024
JUDGE Kapala

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, Mr. JOHN EDWARDS JR., declare that I am the ☒plaintiff ☐petitioner ☐movant (other _____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒Yes   ☐No   (If "No," go to Question 2)
   I.D. # B-50285   Name of prison or jail: _____
   Do you receive any payment from the institution? ☒Yes ☐No  Monthly amount: 10.00

2. Are you currently employed?   ☐Yes   ☒No
   Monthly salary or wages: N/A
   Name and address of employer: N/A   N/A
   N/A

   a. If the answer is "No":
      Date of last employment: NA
      Monthly salary or wages: NA
      Name and address of last employer: NA

   b. Are you married?   ☐Yes   ☒No
      Spouse's monthly salary or wages: NA
      Name and address of employer: NA
      NA

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages                                              ☐Yes   ☒No
      Amount NA   Received by NA

b.  ☐ Business; ☐ profession or ☐ other self-employment    ☐Yes  ☑No
Amount____N/A____ Received by____N/A____

c.  ☐ Rent payments, ☐ interest or ☐ dividends    ☐Yes  ☑No
Amount____N/A____ Received by____N/A____

d.  ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
    ☐Yes  ☑No
Amount____N/A____ Received by____N/A____

e.  ☐ Gifts or ☐ inheritances    ☐Yes  ☑No
Amount____N/A____ Received by____N/A____

f.  ☐ Any other sources (state source:_____)    ☐Yes  ☑No
Amount____N/A____ Received by____N/A____

4.  Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?  ☐Yes  ☑No    Total amount: ____N/A____
    In whose name held: ____N/A____    Relationship to you: ____N/A____

5.  Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?    ☐Yes  ☑No
    Property: ____N/A____    Current Value: ____N/A____
    In whose name held: ____N/A____    Relationship to you: ____N/A____

6.  Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?    ☐Yes  ☑No
    Address of property: ____N/A____
    Type of property: ____N/A____    Current value: ____N/A____
    In whose name held: ____N/A____    Relationship to you: ____N/A____
    Amount of monthly mortgage or loan payments: ____N/A____
    Name of person making payments: ____N/A____

7.  Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
    ☐Yes  ☑No
    Property: ____N/A____
    Current value: ____N/A____
    In whose name held: ____N/A____    Relationship to you: ____N/A____

8.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☑No dependents
    ____N/A____
    ____N/A____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 02/3/08

_mr. John Edwards Jr._
Signature of Applicant

_MR. JOHN EDWARDS JR_
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, **John Edwards**, I.D.# **B50285**, has the sum of $ **228.13** on account to his/her credit at (name of institution) **Dixon Correctional Center**. I further certify that the applicant has the following securities to his/her credit: **unknown**. I further certify that during the past six months the applicant's average monthly deposit was $ **see attached**. (Add all deposits from all sources and then divide by number of months).

2/7/08
DATE

_Nedra Chandler (sw)_
SIGNATURE OF AUTHORIZED OFFICER

Nedra Chandler
(Print name)

rev. 7/18/02

Date: 2/4/2008
Time: 9:34am
d_list_inmate_trans_statement_composite

Case 3:08-cv-50024 Document 3 Filed 02/13/2008 Page 4 of 4

Dixon Correctional Center
Trust Fund
Inmate Transaction Statement

Page 1

REPORT CRITERIA - Date: 08/04/2007 thru End;  Inmate: B50285;  Active Status Only ? : No;  Print Restrictions ? : Yes;  Transaction Type: All Transaction Types;  Print Furloughs / Restitutions ? : Yes;  Include Inmate Totals ? : Yes;  Print Balance Errors Only ? : No

**Inmate:** B50285 Edwards, John          **Housing Unit:** DIX-NE-26-11

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.00 |
| 11/17/07 | Mail Room | 10 Western Union - Not Held | 321200 | 3912893074 | EDWARDS, BARBARA | 125.00 | 125.00 |
| 11/20/07 | Point of Sale | 60 Commissary | 324724 | 553865 | Commissary | -110.81 | 14.19 |
| 11/20/07 | Point of Sale | 60 Commissary | 324724 | 553868 | Commissary | -3.86 | 10.33 |
| 11/26/07 | Mail Room | 04 Intake and Transfers In | 330215 | 30651 | Logan C.C. | 589.50 | 599.83 |
| 12/01/07 | Mail Room | 10 Western Union - Not Held | 335200 | 0557686214 | EDWARDS, BARBARA | 250.00 | 849.83 |
| 12/04/07 | Disbursements | 88 Music Books | 338315 | Chk #77416 | 88816737, Music Dispatch, Inv. Date: 12/04/2007 | -73.75 | 776.08 |
| 12/06/07 | Point of Sale | 60 Commissary | 340747 | 555462 | Commissary | -172.26 | 603.82 |
| 12/11/07 | Disbursements | 88 Xmas Gift | 345315 | Chk #77476 | 88817688, Edwards, Barbara, Inv. Date: 12/10/2007 | -350.00 | 253.82 |
| 12/11/07 | Disbursements | 88 Tithes | 345315 | Chk #77491 | 88817711, Salem Baptist Church, Inv. Date: 12/11/2007 | -25.00 | 228.82 |
| 12/12/07 | Disbursements | 88 Prayer Rug | 346315 | Chk #77518 | 88818001, Islamic Cultural Cen, Inv. Date: 12/12/2007 | -20.00 | 208.82 |
| 12/14/07 | Payroll | 20 Payroll Adjustment | 348115 | | P/R month of 11/2007 | 5.44 | 214.26 |
| 12/14/07 | Disbursements | 80 Postage | 348315 | Chk #77525 | 80815372, DOC: 523 Fund Inmate, Inv. Date: 11/21/2007 | -2.05 | 212.21 |
| 12/14/07 | Disbursements | 80 Postage | 348315 | Chk #77525 | 80817192, DOC: 523 Fund Inmate, Inv. Date: 12/07/2007 | -.82 | 211.39 |
| 12/20/07 | Point of Sale | 60 Commissary | 354727 | 557267 | Commissary | -137.46 | 73.93 |
| 12/27/07 | Mail Room | 04 Intake and Transfers In | 361230 | 30869 | Logan C.C. | 6.48 | 80.41 |
| 01/03/08 | Mail Room | 10 Western Union - Not Held | 003200 | 2311466026 | EDWARDS, BARBARA | 500.00 | 580.41 |
| 01/09/08 | Disbursements | 88 Tithes | 009315 | Chk #77927 | 88821431, Salem Baptist Church, Inv. Date: 01/09/2008 | -50.00 | 530.41 |
| 01/10/08 | Point of Sale | 60 Commissary | 010726 | 558774 | Commissary | -184.71 | 345.70 |
| 01/16/08 | Payroll | 20 Payroll Adjustment | 016115 | | P/R month of 12/2007 | 10.00 | 355.70 |
| 01/17/08 | Disbursements | 90 Medical Co-Pay | 017315 | Chk #78024 | 90820390, DOC: 523 Fund Inmate, Inv. Date: 12/27/2007 | -2.00 | 353.70 |
| 01/17/08 | Disbursements | 90 Medical Co-Pay | 017315 | Chk #78024 | 90820394, DOC: 523 Fund Inmate, Inv. Date: 12/27/2007 | -2.00 | 351.70 |
| 01/24/08 | Point of Sale | 60 Commissary | 024724 | 560779 | Commissary | -223.57 | 128.13 |
| 02/02/08 | Mail Room | 10 Western Union - Not Held | 033200 | 8635269422 | EDWARDS, BARBARA | 100.00 | 228.13 |

|   |   |
|---|---|
| Total Inmate Funds: | 228.13 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | 228.13 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |