FILED
MAY 0 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Clerk,

My name is John Edwards Jr
My case number is 08 C 50024

I was in Dixon C.C. and now as of 4/23/08 I was transferred to Vandalia C.C. at P.O. Box 500 Vandalia, IL 62471

I'ed like my mail forwarded to me at Vandalia C.C.

Thank you.
Mr. John Edwards Jr.
B-50285