U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number: 08 C 50024

   John Edwards                          Plaintiff,
v.

   Ava Colgan, R.N. Edwards (Karyll Edwards), R.N. Young, Dr. Dehiya (Rajender Dahiya, M.D.), and Wexford Health Sources, Inc.
                                                            Defendants.
AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

   Ava Colgan and Wexford Health Sources, Inc.

| | |
|---|---|
| **NAME** (Type or print)<br>Jana L. Brady | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/ Jana L. Brady | |
| **FIRM**<br>Heyl, Royster, Voelker & Allen | |
| **STREET ADDRESS**<br>120 W. State Street, Second Floor, National City Bank Building | |
| **CITY/STATE/ZIP**<br>Rockford, IL 61105 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>6281390 | **TELEPHONE NUMBER**<br>815-963-4454 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |